## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SOMETHING SWEET ACQUSITION, INC., et al.,<br><br>       Debtors.<br>_____<br>LOEB TERM SOLUTIONS LLC and CAPITAL EQUIPMENT SOLUTIONS, LLC,<br><br>       Appellants,<br><br>    v.<br><br>PETERSON FARMS, INC. and FIRST CALL TRADING CORP. d/b/a THE PROGRAM,<br><br>       Appellees.<br>_____ | ) Chapter 7<br>) Bk. No. 21-10992-CTG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-1414-JLH<br>)  BK. BAP No. 25-56<br>)<br>)<br>)<br>)<br>)<br>) |

### **ORDER**

At Wilmington, Delaware, this **17th day of February 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court held a teleconference on January 20, 2026, to further confer with counsel for all parties;

WHEREAS following that conference the parties were directed to submit proposals regarding settlement and the viability of mediation to each other and to the Court;

WHEREAS based upon the statements presented by counsel, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.


_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE