IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SOMETHING SWEET ACQUISITION, INC., *et al.*,<br><br>                Debtors.<br><br>LOEB TERM SOLUTIONS LLC and CAPITAL EQUIPMENT SOLUTIONS, LLC,<br><br>                Appellants,<br><br>    v.<br><br>PETERSON FARMS, INC. and FIRST CALL TRADING CORP. *d/b/a* THE PROGRAM,<br><br>                Appellees. | ) Chapter 7<br>)<br>)<br>) Bankruptcy Case No.: 21-10992-CTG<br>) Bankruptcy BAP No.: 25-56<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-1414-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington, this 9th day of March 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **April 8, 2026.**

2. Appellees' brief in opposition to the appeal is due on or before **May 8, 2026.**

3. Appellants' reply brief is due on or before **May 22, 2026.**

                                                                                                                     _____<br>
                                                                                                                The Honorable Jennifer L. Hall<br>
                                                                                                                United States District Judge